UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| JIMMY L. BURNS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| SHELBY COUNTY JAIL, ET AL., | CASE NO: 16-3017-STA-egb |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Complaint, Certifying an Appeal Would Not Be Taken In Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on November 27, 2018, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 11/27/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk